FILED 01 JUL '25 12:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORIO ABRAHAM SOTO-<br>MONDRAGON,<br><br>Defendant. | 3:25-cr-_00285-SI_<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)<br><br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about June 13, 2025, in the District of Oregon, defendant **GREGORIO ABRAHAM SOTO-MONDRAGON** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The Grand Jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

//

//

//

## COUNT 2
### (Possession with Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II))

On or about June 13, 2025, in the District of Oregon, defendant **GREGORIO ABRAHAM SOTO-MONDRAGON** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. The Grand Jury further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii)(II).

### FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One or Two of this indictment, defendant **GREGORIO ABRAHAM SOTO-MONDRAGON** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged the offense set forth in Counts One or Two of this Indictment.

Dated: July ___/___, 2025

A TRUE BILL.

(OFFICIATING FOREPERSON)

Presented by:
WILLIAM M. NARUS
Acting United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

Indictment    Page 2